**MORRISON FOERSTER**

250 WEST 55TH STREET
NEW YORK
NEW YORK 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON, BRUSSELS, DENVER, HONG KONG, LONDON, LOS ANGELES, MIAMI, NEW YORK, PALO ALTO, SAN DIEGO, SAN FRANCISCO, SHANGHAI, SINGAPORE, TOKYO, WASHINGTON, D.C.

February 28, 2025

Writer's Direct Contact
+1 (212) 468-8203
JLevitt@mofo.com

**Via ECF**

Clerk of Court
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Re:   *META Advisors, LLC v. Silberstein, et al.*, Case No. 3:25-cv-01337-RK –
      Adjournment of Original Motion Day re Motion to Withdraw Reference

To the Clerk of Court:

We represent the Plaintiff, META Advisors, LLC, solely in its capacity as Trustee of the Thrasio Legacy Trust, in the above-captioned matter. We write pursuant to Local Civil Rule 7.1(d)(5) to adjourn the original motion day of March 17, 2025 for the Motion to Withdraw the Reference (Dkt. No. 1, the "Motion to Withdraw Reference") filed by Defendants Joshua Silberstein and Everything's Coming Up Millhouse, LLC. The original motion day has not been previously extended or adjourned. The new motion day shall be April 7, 2025, which is the next available motion day following the originally noticed date of March 17, 2025.

With the adjournment of the motion day to April 7, 2025, oppositions to the Motion to Withdraw Reference shall be due no later than March 24, 2025. Reply papers, if any, shall be filed no later than March 31, 2025.

Respectfully submitted,

/s/*Jamie A. Levitt*
Jamie A. Levitt

ny-2916073