

|  | Martin Domb |
|---|---|
|  | Akerman LLP |
|  | 1251 Avenue of the Americas |
|  | 37th Floor |
|  | New York, NY 10020 |
|  | D: 212 880 3811 |
|  | T: 212 880 3800 |
|  | F: 212 880 8965 |
|  | DirF: 212 880 8965 |
|  | martin.domb@akerman.com |

July 9, 2025

**VIA ECF**

Honorable Robert Kirsch
Clarkson S. Fisher Building
   & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:   *Meta Advisors, LLC v. Joshua Silberstein, et al.*
            U.S. District Court, D.N.J., Case No. 3:25-cv-01337-RK

            *Meta Advisors, LLC v. Joshua Silberstein, et al.*
            U.S. Bankruptcy Court, D.N.J., Adv. Proc. No. 24-01637-CMG

Dear Judge Kirsch:

      Chief Judge Christine M. Gravelle of the U.S. Bankruptcy Court, who is presiding over the adversary proceeding referenced above, directed the parties to docket correspondence in this case to make the Court aware of a pending mediation in the adversary proceeding. This letter is on behalf of all parties in the adversary proceeding, whose counsel have reviewed and approved its contents.

      Motions by all defendants to dismiss the claims in the adversary proceeding have been filed and fully briefed. By so-ordered stipulation, Judge Gravelle adjourned oral argument on the motions to October 7, 2025. The parties requested that adjournment because they have agreed to pursue mediation. The parties are currently working to identify and engage a mediator and to set a schedule and other logistics for the mediation.

                                          Respectfully submitted,

                                          AKERMAN LLP

                            By:   *s/ Martin Domb*

                                          (Admitted *pro hac vice*)

                                          *Attorneys for Defendants Joshua Silberstein and Everything's Coming Up Millhouse, LLC*

Copy to all counsel via ECF

akerman.com

82167180;1